3ITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Jin Young Park and Mi Young Park,

        Plaintiffs,

v.

POCHA POCHA INC. I, OH SOON UM and YOUNGSIK UM

        Defendants,

Index No. 22-CV-02416(BMC)

**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Pocha Pocha Inc. I, Oh Soon Um and Youngsik Um (collectively, "Defendants"), having offered to allow Jin Young Park and Mi Young Park ("Plaintiffs") to take a judgment against them, in the sum of Thirty-Seven Thousand Five Hundred Sixty-Eight Dollars and Twenty Five Cents ($37,568.25), with respect to Plaintiffs' claims for relief, damages, fees, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated October 3, 2022, and filed as Exhibit A to Docket Number 25;

    **WHEREAS**, on October 3, 2022, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 25);

    It is **ORDERED and ADJUDGED,** that judgment is entered in favor of Plaintiffs Jin Young Park and Mi Young Park, in the sum of Thirty-Seven Thousand Five Hundred Sixty-Eight Dollars and Twenty-Five Cents ($37,568.25), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated October 3, 2022, and filed as Exhibit A to Docket Number 25.

Dated: October 6, 2022  
Brooklyn, New York

BRENNA B. MAHONEY, Clerk of Court

By: ___*Jalitza Poveda*___
　　　　Deputy Clerk